■ In the Matter of VEIL CHECK CASHING CORP., Appellant, v NEW YORK STATE BANKING DEPARTMENT et al., Respondents. [627 NYS2d 927] —Judgment, Supreme Court, New York County (Kristin Glen, J.), entered on or about May 31, 1994, which denied petitioner's application to annul respondent agency's determination granting corespondent a check cashing license, and dismissed the petition, unanimously affirmed, without costs.

Respondent agency's grant of the license, which considered, *inter alia,* corespondent's prior application and its relationship with its parent company, had a foundation in fact and was not arbitrary and capricious nor an abuse of discretion. Concur—Rosenberger, J. P., Wallach, Rubin and Mazzarelli, JJ.

■ CITIBANK, N.A., Respondent, v FOREMOST PROPERTIES, INC., as Assignee of JUAN M. DAFAUR, Appellant, et al., Defendants. [627 NYS2d 928] —Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered September 30, 1994, unanimously affirmed for the reasons stated by Schoenfeld, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin and Mazzarelli, JJ.